UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

LAMAR MCELDERRY,

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: **08-134-M**

I, *LAMAR MCELDERRY*, charged in a complaint pending in this District with **FELON IN POSSESSION OF A FIREARM, et al.,** in violation of Title **18, et al.,** U.S.C., **1922(g)(1) and 924(a)(2), et al.,** and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

*/s/ Lamar McElderry*
Defendant

*/s/*
Counsel for Defendant

DATED: JULY 31ST, 2008