UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
        vs.                         )    CASE NO. 08-132-SLR
                                    )
LAMARR MCELDERRY,                   )
                                    )
            Defendant.              )

**O R D E R**

    This **4ᵀᴴ** day of **SEPTEMBER 2008**, the defendant having entered
a plea of not guilty to the Indictment, pretrial motions shall be
due within ten (10) days, that is on or before **SEPTEMBER 18ᵀᴴ**,
**2008.** Any request for additional time to file pretrial motions
must be filed in writing with the District Court Judge to whom
this case has been assigned.

_____
**Honorable Mary Pat Thynge**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney